# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Herman Carlee McMillian**

    vs.

**Jay Vickers Dewell, M.D., et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:06-CV-202

   \_\_\_\_ **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON MAY 10, 2006.

Dated:  May 10, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk